# Court of Appeals
# of the State of Georgia

ATLANTA,  January 10, 2019

*The Court of Appeals hereby passes the following order:*

**A19A0945.  MARK DERRICO v. THE STATE.**

A jury found Mark Derrico guilty of aggressive driving, reckless conduct, and failure to signal a lane change or turn.  Derrico appeals from the denial of his motion for a judgment notwithstanding the verdict or new trial, in which he contended, among other things, that the trial court had erred by rejecting his pre-trial challenges to two of the statutes he was convicted of violating on the ground that they are unconstitutionally vague.

The Supreme Court "has exclusive jurisdiction over all cases involving construction of the Constitution of the State of Georgia and of the United States and all cases in which the constitutionality of a law, ordinance, or constitutional provision has been called into question." *Atlanta Independent School System v. Lane*, 266 Ga. 657, 657 (1) (469 SE2d 22) (1996) (citing Ga. Const. of 1983, Art. VI, Sec. VI, Par. II (1)).  Because the trial court expressly rejected Derrico's challenges to the constitutionality of two criminal statutes in this case, it appears that jurisdiction over this appeal may lie in the Supreme Court.  See *Marr v. State Dept. of Ed.*, 264 Ga. 841, 841 (452 SE2d 112) (1995).  As the Supreme Court has the ultimate responsibility for determining appellate jurisdiction, see *Saxton v. Coastal Dialysis*

*& Med. Clinic, Inc.*, 267 Ga. 177, 178 (476 SE2d 587) (1996), this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*

*Clerk's Office, Atlanta,* <u>01/10/2019</u>

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*